**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tishma Innovations LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4556708** |

| | |
|---|---|
| 4. | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **101 E. State Parkway** **Schaumburg, IL 60173** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.tminn.com** |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Tishma Innovations LLC**                                                     Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**          A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __3333__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**          *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

| District | **Northern District of Illinois, Eastern Division** | When | **7/08/16** | Case number | **16-21973** |
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | | Case number, if known | _____ |

Debtor    **Tishma Innovations LLC**                                    Case number (*if known*) _____
_____
Name

---

**11.  Why is the case filed in *this district*?**    *Check all that apply:*

☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name        _____

          Phone               _____

---

██  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.  Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Tishma Innovations LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  8, 2016**
MM / DD / YYYY

**X** **/s/ Petar Tisma**                                   **Petar Tisma**
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ SCOTT R. CLAR**                         Date   **July  8, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**          Email address

**06183741**
Bar number and State

Debtor   __Tishma Innovations LLC__   Case number (*if known*) _____
         Name

████  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/27/16
              MM / DD / YYYY

X _____        **Petar Tisma**
Signature of authorized representative of debtor   Printed name

Title   **Managing Member**

**18. Signature of attorney**

X _____        Date  6/27/16
Signature of attorney for debtor          MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**   Email address _____

**06183741**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __Tishma Innovations LLC__

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐   Schedule H: Codebtors (Official Form 206H)
☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐   Amended Schedule _____
☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/27/16   x _____
Signature of individual signing on behalf of debtor

**Petar Tisma**
Printed name

**Managing Member**
Position or relationship to debtor

Debtor   **Tishma Innovations LLC** _____   Case number *(if known)* _____

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **6/27/16**

_____
Signature of individual signing on behalf of the debtor

**Petar Tisma**
Printed name

Position or relationship to debtor   **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Tishma Innovations LLC** _____

Debtor(s)

Case No. _____

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 7,500.00 |
   | Prior to the filing of this statement I have received | $ | 7,500.00 |
   | Balance Due | $ | 0.00 |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to dismiss or to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

6/27/16
_Date_

**SCOTT R. CLAR**
_Signature of Attorney_
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777  Fax: 312-641-7114**
_Name of law firm_

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Tishma Innovations LLC**

_____   Case No. _____
                                     Debtor(s)         Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 91

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  6/27/16

Petar Tisma/Managing Member
Signer/Title

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Tishma Innovations LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tishma Innovations LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

6/27/16

Date

**SCOTT R. CLAR**
Signature of Attorney or Litigant
Counsel for   **Tishma Innovations LLC**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**

**Fill in this information to identify the case:**

Debtor name      **Tishma Innovations LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)      _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July  8, 2016**              *X /s/ Petar Tisma*
                                                Signature of individual signing on behalf of debtor

                                                **Petar Tisma**
                                                Printed name

                                                **Managing Member**
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **Tishma Innovations LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................  $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................  $ _____ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................  $ _____ **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ _____ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $ **704,031.80**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$ **1,323,800.27**

4. Total liabilities ...................................................................................................................
   Lines 2 + 3a + 3b

   | $ **2,027,832.07** |
   | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

## Tishma Innovations LLC

## Summary of Assets and Liabilities for Non-Individuals

(Attachment)

All of the Debtor's assets were the collateral of First Merit Bank.  First Merit Bank assigned its position to Nortech Packaging, LLC ("Nortech"), an entity unrelated to the Debtor.  On May 6, 2016, the Debtor and Nortech executed a Collateral Surrender Agreement.  The Debtor retained no assets, and releases were executed.  The amount of the secured claim exceeded the value of the Debtor's assets.

**Fill in this information to identify the case:**

Debtor name     **Tishma Innovations LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    **Current value of
debtor's interest**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Tishma Innovations LLC**                                   Case number *(If known)* _____
_____
Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **Tishma Innovations LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Tishma Innovations LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Tishma Innovations LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Aca Arsic**<br>**618 W. 79th St.**<br>**Darien, IL 60561** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,123.00 | $2,123.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| 2.2 | Priority creditor's name and mailing address<br>**Aco Stojanovic**<br>**211 Halford Place**<br>**Roselle, IL 60172** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,683.64 | $1,683.64 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

---

| Debtor | **Tishma Innovations LLC** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Alexander Ovcharov**
**1529 Raymond Dr., #102**
**Naperville, IL 60563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,219.48** | **$2,219.48** |
|---|---|---|---|---|

**Alexander Tisma**
**937 Golf Rd.**
**Arlington Heights, IL 60005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,423.41** | **$1,423.41** |
|---|---|---|---|---|

**Bojan Mladenovic**
**8649 1/2 Foster Ave.**
**Apt. 2A**
**Chicago, IL 60656**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,262.60** | **$1,262.60** |
|---|---|---|---|---|

**Catherine M. Hickey**
**42 King Lane**
**Des Plaines, IL 60016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Tishma Innovations LLC** | | | |
| --- | --- | --- | --- | --- |
| | Name | | Case number (if known) | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,356.45 | $1,356.45 |
| --- | --- | --- | --- | --- |

**Damaso Cortes**
**1742 N. 23 Ave.**
**Melrose Park, IL 60160**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,221.52 | $1,221.52 |
| --- | --- | --- | --- | --- |

**David C. Cancilier**
**104 Tonset Ct.**
**Schaumburg, IL 60193**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,973.35 | $2,973.35 |
| --- | --- | --- | --- | --- |

**Dejan Bjelan**
**8000 Balmoral Ave.**
**Norwood Park, IL 60656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,130.01 | $2,130.01 |
| --- | --- | --- | --- | --- |

**Dragan Todorov**
**1029 Dickens Way, Apt. D**
**Schaumburg, IL 60193**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Tishma Innovations LLC** | | Case number *(if known)* | | |
| | Name | | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,860.61 | $1,860.61 |
| | **Dusan Stojanvic** | *Check all that apply.* | | |
| | **230 Waterford Dr.** | ☐ Contingent | | |
| | **Schaumburg, IL 60194** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,125.95 | $2,125.95 |
| | **Francisco J. Flores** | *Check all that apply.* | | |
| | **7537 W. Strong St.** | ☐ Contingent | | |
| | **Harwood Heights, IL 60706** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,620.30 | $1,620.30 |
| | **Goran Cancarevic** | *Check all that apply.* | | |
| | **16 E. Old Willow Rd.** | ☐ Contingent | | |
| | **Apt. 3195** | ☐ Unliquidated | | |
| | **Prospect Heights, IL 60070** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,254.67 | $1,254.67 |
| | **Gvozden Suvajlo** | *Check all that apply.* | | |
| | **26 W. 371 Cooley Ave.** | ☐ Contingent | | |
| | **Winfield, IL 60190** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

Debtor    **Tishma Innovations LLC**
_____
Name

Case number (if known) _____

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600,000.00 | $600,000.00 |
|---|---|---|---|---|

**Internal Revenue Service**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015 and 2016**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,350.24 | $2,350.24 |
|---|---|---|---|---|

**James Kilcourse**
**11402 Edinburgh Lane**
**Huntley, IL 60142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,409.80 | $1,409.80 |
|---|---|---|---|---|

**Jasna Tisma**
**2729 Maynard Ct.**
**Glenview, IL 60025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,056.43 | $2,056.43 |
|---|---|---|---|---|

**Jogoslav Kokotovic**
**1463 Circle Ct.**
**Elk Grove Village, IL 60007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tishma Innovations LLC** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,583.67 | $1,583.67 |
|---|---|---|---|---|

**Josip Djerek**
**365 W. Diversey Ave.**
**Addison, IL 60101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,528.25 | $1,528.25 |
|---|---|---|---|---|

**Juan A. Sanchez**
**381 N. Wood Dale Rd.**
**Wood Dale, IL 60091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,276.83 | $2,276.83 |
|---|---|---|---|---|

**Kazimiez Chlosta**
**1171 Sage Brush Trail**
**Cary, IL 60013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,639.26 | $1,639.26 |
|---|---|---|---|---|

**Laureano Andrade-Perez**
**1627 N. Keeler**
**Chicago, IL 60639**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Tishma Innovations LLC**
_____
         Name                                                    Case number (if known) _____

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,130.96 | $4,130.96 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Leo Reina**
**7520 W. Strong**
**Harwood Heights, IL 60706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | | | $2,168.60 | $2,168.60 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Livia Tisma**
**1830 Ridge Ave., #201**
**Evanston, IL 60201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | | | $2,286.77 | $2,286.77 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Ljubomir Preradovic**
**1039 Arbor Ct.**
**Mount Prospect, IL 60056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | | | $2,307.75 | $2,307.75 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Marek W. Bartosz**
**123 Rosewood Dr.**
**Streamwood, IL 60107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Tishma Innovations LLC**

Name

Case number (if known)

| | | |
|---|---|---|
| 2.27 | Priority creditor's name and mailing address<br><br>**Marin A. Kukunov**<br>**2545 Yarrow Ln.**<br>**Rolling Meadows, IL 60008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

$1,782.40        $1,782.40

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.28 | Priority creditor's name and mailing address<br><br>**Marko Brdar**<br>**5501 Carriageway Dr.**<br>**Apt. 203A**<br>**Rolling Meadows, IL 60008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$1,716.24        $1,716.24

Date or dates debt was incurred        Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.29 | Priority creditor's name and mailing address<br><br>**Marko Preradovic**<br>**1039 Arbor Ct.**<br>**Mount Prospect, IL 60056** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$1,618.46        $1,618.46

Date or dates debt was incurred        Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.30 | Priority creditor's name and mailing address<br><br>**Milan Bralovic** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$1,469.31        $1,469.31

Date or dates debt was incurred        Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **Tishma Innovations LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,027.70 | $5,027.70 |
|---|---|---|---|---|

**Milan Kosanovic**
**5833 N. Kenmore Ave.**
**Chicago, IL 60660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,092.22 | $1,092.22 |
|---|---|---|---|---|

**Milos Despotovic**
**946 Taylor Dr.**
**Gurnee, IL 60031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,380.88 | $2,380.88 |
|---|---|---|---|---|

**Milovan Dzokic**
**280 N. Westgage Rd.**
**Apt. 419**
**Mount Prospect, IL 60056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,373.79 | $2,373.79 |
|---|---|---|---|---|

**Miltcho Toumbev**
**5200 Carriage Way #226**
**Rolling Meadows, IL 60008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Tishma Innovations LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,587.19** | **$1,587.19** |
|---|---|---|---|---|

**Nikolce Veljanoski**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,683.64** | **$1,683.64** |
|---|---|---|---|---|

**Ninko Ivantchov**
**1075 Valley Lane #212**
**Hoffman Estates, IL 60169**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,289.90** | **$2,289.90** |
|---|---|---|---|---|

**Novica Zivanovic**
**4633 N. Plainfield Ave.**
**Harwood Heights, IL 60706**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,312.86** | **$1,312.86** |
|---|---|---|---|---|

**Paul R. Corbett**
**424 Washington St.**
**Sheboygan Falls, WI 53085**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| Debtor | **Tishma Innovations LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,622.44 | $1,622.44 |
|---|---|---|---|---|

**Peter Bartos**
**528 Ridgewood Rd.**
**Elk Grove Village, IL 60007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,223.50 | $4,223.50 |
|---|---|---|---|---|

**Peter Tisma**
**2729 Maynard**
**Glenview, IL 60025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,042.04 | $2,042.04 |
|---|---|---|---|---|

**Predrag Crnomarkovic**
**719 E. Greenwood Ct.**
**Palatine, IL 60074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,498.37 | $2,498.37 |
|---|---|---|---|---|

**Ranko Kosanovic**
**1619 N. Curran Rd.**
**McHenry, IL 60050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Tishma Innovations LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,433.90** | **$4,433.90** |
|---|---|---|---|---|

**Robert J. Murtagh**
**307 Lexington Court**
**Schaumburg, IL 60173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,826.96** | **$1,826.96** |
|---|---|---|---|---|

**Sasa Tisma**
**292 Ripplebrook Ct.**
**Schaumburg, IL 60173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,052.43** | **$2,052.43** |
|---|---|---|---|---|

**Slawomir Michalak**
**307 N. Linden St.**
**Itasca, IL 60143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,448.61** | **$4,448.61** |
|---|---|---|---|---|

**Steve Zabran**
**2553 Moutray Lane**
**North Aurora, IL 60542**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Tishma Innovations LLC** | | Case number _(if known)_ | |
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,186.06 | $1,186.06 |
| | **Todor V. Denkov** | _Check all that apply._ | | |
| | **742 W. Algonquin Rd. Apt. #12** | ☐ Contingent | | |
| | **Des Plaines, IL 60016** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,958.13 | $1,958.13 |
| | **Tubic Slobodan** | _Check all that apply._ | | |
| | **5151 Chase Ave.** | ☐ Contingent | | |
| | **Skokie, IL 60077** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,326.48 | $1,326.48 |
| | **Tzetzko P. Tzvetkov** | _Check all that apply._ | | |
| | **1016 Viewpoint Drive** | ☐ Contingent | | |
| | **Lake in the Hills, IL 60156** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,537.37 | $2,537.37 |
| | **Veroijub Petrovic** | _Check all that apply._ | | |
| | **7600 W. Ainslie** | ☐ Contingent | | |
| | **Harwood Heights, IL 60706** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Tishma Innovations LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,392.68 | $1,392.68 |
|---|---|---|---|---|

**Vladan Stojkovic**
**8427 W. Bryn Mawr Ave.**
**Apt 3SE**
**Chicago, IL 60631**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,154.69 | $1,154.69 |
|---|---|---|---|---|

**Vladimir Vujicic**
**4437 N. Central Park Ave. Apt. 3**
**Chicago, IL 60625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,252.35** |
|---|---|---|---|

**Ability Metal Co.**
**Attn: Tim Selleck**
**1355 Greenleaf Ave.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,252.35** |
|---|---|---|---|

**Ability Metal Co.**
**Attn: Tim Selleck**
**1355 Greenleaf Ave.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$409.17** |
|---|---|---|---|

**Advanced Disposal Chicago Central**
**Solid Wast Midwest, LLC-TB**
**Chicago, IL 60674-8053**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Tishma Innovations LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,266.77 |
|---|---|---|---|
| | **Alenco Tool Supply Co.**<br>**Attn: Paul Braeseke**<br>**4444 N. Elston Ave.**<br>**Chicago, IL 60630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,746.91 |
|---|---|---|---|
| | **All-Vac Industries**<br>**Attn: Maureen**<br>**7350 N. Central Park Ave.**<br>**Skokie, IL 60076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.62 |
|---|---|---|---|
| | **American First Aid**<br>**784 Church Rd.**<br>**Elgin, IL 60123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.27 |
|---|---|---|---|
| | **Amerisource**<br>**1600 E. Grand Blvd.**<br>**Detroit, MI 48211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|
| | **Aryzta LLC**<br>**14490 Catalina St.**<br>**San Leandro, CA 94577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.06 |
|---|---|---|---|
| | **AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197-5080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,659.36 |
|---|---|---|---|
| | **Aurizon Ultrasonics, LLC**<br>**900 W. Kennedy Ave.**<br>**Kimberly, WI 54136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Tishma Innovations LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,990.00 |
|---|---|---|---|

**Automation Solutions of America**
**500 W. South St.**
**Freeport, IL 61032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.96 |
|---|---|---|---|

**Bemco Technology**
**625 Todd Road**
**Honey Brook, PA 19344**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.02 |
|---|---|---|---|

**C.H. Robinson International, Inc.**
**PO Box 9121**
**Minneapolis, MN 55480-9121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,050.00 |
|---|---|---|---|

**Candy Mfg. Co., Inc.**
**5633 W. Howard St.**
**Niles, IL 60714-4011**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,031.54 |
|---|---|---|---|

**Catching Fluidpower**
**Attn: Dennis Horgan**
**62980 Collections Center Drive.**
**Chicago, IL 60693-0629**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,429.46 |
|---|---|---|---|

**Chicago Chain & Transmission**
**650 E. Plainfield Rd.**
**Countryside, IL 60525-0705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,425.00 |
|---|---|---|---|

**CIG Partners LLP**
**Attn: Richard Demayo**
**1101 Perimeter Drive, #800**
**Schaumburg, IL 60173**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tishma Innovations LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149.85** |
|---|---|---|---|

**Comcast**
**PO Box 3001**
**Southeastern, PA 19398-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,085.00** |
|---|---|---|---|

**Computer Aided Technology, LLC**
**Attn: Julie Tautges**
**165 Arlington Heights Rd., #101**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,869.60** |
|---|---|---|---|

**Copper & Brass**
**Attn: Robert Murphy**
**PO Box 2625**
**Carol Stream, IL 60132-2626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172.85** |
|---|---|---|---|

**Cost/Copy Consultants, Inc.**
**PO Box 6286**
**Nazareth, KY 40048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,704.55** |
|---|---|---|---|

**Costco Anywhere Visa Card**
**c/o Citi Cards**
**PO Box 9001016**
**Louisville, KY 40290-1016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __American Express Card__

Last 4 digits of account number __6537__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CST - Collection Agency**
**PO Box 33127**
**Louisville, KY 40232-3127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __For Notice Purposes Only.  May have interest in claim of SBTL BFS Capital.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Daniel Coakley**
**PO Box 767**
**Brookfield, CT 06804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tishma Innovations LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.48 |
|---|---|---|---|

**Data Alliance LLC**
**Attn: George Hardesty**
**333 W. Bradford St.**
**Nogales, AZ 85621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.53 |
|---|---|---|---|

**Diado Corporation of America**
**Dept. CH 17559**
**Palatine, IL 60055-7553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,584.42 |
|---|---|---|---|

**Duraco Mecco Engraving & Marking**
**521 S. County Line Rd.**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $761.16 |
|---|---|---|---|

**Earle M. Jorgensen**
**1900 Mitchell Blvd.**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,036.98 |
|---|---|---|---|

**Edmik Incorporated**
**3850 Grove Ave.**
**Gurnee, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,396.75 |
|---|---|---|---|

**Fastenal Company**
**PO Box 1286**
**Winona, MN 55987-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,121.91 |
|---|---|---|---|

**FCCI  Insurance Group**
**PO Box 405563**
**Atlanta, GA 30384-5563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tishma Innovations LLC** | | |
|---|---|---|---|
| | Name | | Case number (if known) |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$748.18** |
|---|---|---|---|
| | **Federal Express Corp.**<br>**P.O. Box 94515**<br>**Palatine, IL 60094-4515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,367.03** |
|---|---|---|---|
| | **Festo Corporation**<br>**Attn: Lou**<br>**PO Box 1355**<br>**Buffalo, NY 14240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,902.49** |
|---|---|---|---|
| | **First Insurance Funding Corp.**<br>**PO Box 7000**<br>**Carol Stream, IL 60197-7000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,219.00** |
|---|---|---|---|
| | **Fluid Power**<br>**110 Gordon St.**<br>**Elk Grove Village, IL 60007-1120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$169.08** |
|---|---|---|---|
| | **FPE Automation, Inc.**<br>**110 Gordon St.**<br>**Richmond, IL 60071-1200** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,500.00** |
|---|---|---|---|
| | **Fred M. Power, Jr., C.P.A.**<br>**1122 Westgate**<br>**Oak Park, IL 60301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$412.04** |
|---|---|---|---|
| | **Frontier Electric Supply**<br>**PO Box 92170**<br>**Elk Grove Village, IL 60009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Tishma Innovations LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,710.22**

**General Cutting Tool Service & Mfg**
6440 N. Ridgeway
Lincolnwood, IL 60712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,973.29**

**Golf-Roselle Owners Association**
20 N. Martingale Rd.
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,600.00**

**Green Garden Landscaping Service**
Attn: Juan Patino
28W005 Industrial Ave.
Barrington, IL 60010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,248.12**

**Health Care Service Corporation**
25550 Network Place
Chicago, IL 60673-1255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,095.00**

**HFO Chicago LLC**
PO Box 1450 NW7968-14
Minneapolis, MN 55485-7968

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00**

**Hunter Capital LLC**
Attn: R.T. White
61 Foxwood Ln.
Barrington, IL 60010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,626.00**

**Husch Blackwell LLP**
PO Box 790379
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tishma Innovations LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$953.38**

**IFM Efector**
PO Box 8538-307
Philadelphia, PA 19171-0307

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,553.43**

**Illini Coolant Management Corp.**
PO Box 367
Morton Grove, IL 60053

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,112.00**

**Illinois Department of Labor**
160 N. LaSalle St., Suite C-1300
Chicago, IL 60601-3150

Date(s) debt was incurred _

Last 4 digits of account number **1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wage Claim of James Kilcourse**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,112.00**

**Illinois Department of Labor**
160 N. LaSalle St., Suite C-1300
Chicago, IL 60601-3150

Date(s) debt was incurred _

Last 4 digits of account number **1239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wage Claim of Dejan Bjelan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,522.00**

**International Packing & Crating**
Dept. 4010
Oak Brook, IL 60522

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**IT Logistics, Inc.**
PO Box 1897
Evanston, IL 60204-1897

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$182.10**

**Jayes Cleaning Service**
140Stanley St.
Elk Grove Village, IL 60007

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Tishma Innovations LLC**
Name

Case number (if known)

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221,517.51 |
|---|---|---|---|

**JDC Sales, Inc.**
**Attn: Wayne Olkowski**
**4635 Twin Lakes Lane**
**Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.05 |
|---|---|---|---|

**Jorson & Carlson**
**1501 Pratt Blvd.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kamenear, Kadison, Shapiro & Craig**
**20 N. Clark St., Suite 2200**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  For notice purposes only.  May have interest in claim of Revere Electric.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Keyence Corporation of America**
**Dept. CH 17128**
**Palatine, IL 60055-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.60 |
|---|---|---|---|

**Lee Spring**
**140 58th Street**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,375.26 |
|---|---|---|---|

**Lesman Instrument Company**
**PO Box 7640**
**Carol Stream, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,288.26 |
|---|---|---|---|

**Marc-Attorneys at Law**
**Attn: Paul Carvelli**
**210 Park Ave.**
**Florham Park, NJ 07932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Tishma Innovations LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,052.20** |
|---|---|---|---|

**Marmon Keystone LLC**
**PO Box 96657**
**Chicago, IL 60693-6657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,268.72** |
|---|---|---|---|

**Masuda Funai**
**PO Box 8450**
**Carol Stream, IL 60197-8450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,732.18** |
|---|---|---|---|

**McCabe & Hogan, P.C.**
**19 S. Bothwell Street**
**Palatine, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$892.00** |
|---|---|---|---|

**Morrison Container Handling SOlutin**
**335 W. 194th St.**
**Glenwood, IL 60425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,431.60** |
|---|---|---|---|

**Motion Industries**
**2380 United Lane**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,989.69** |
|---|---|---|---|

**MSC Industrial Supply Co., In.**
**Dept CH 0075**
**Palatine, IL 60055-0075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Murphy, Lomon & Assoc.**
**2860 S. River Rd., #200**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Purposes Only.  May have interest in claim of Copper & Brass.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Tishma Innovations LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,945.12 |
|---|---|---|---|
| | **National Plastics & Seals, Inc.** | ☐ Contingent | |
| | **1015 E. State Parkway** | ☐ Unliquidated | |
| | **Schaumburg, IL 60173** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $186.74 |
|---|---|---|---|
| | **Newark** | ☐ Contingent | |
| | **PO Box 94151** | ☐ Unliquidated | |
| | **Palatine, IL 60094-4515** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,711.40 |
|---|---|---|---|
| | **Nidec Shimpo America Corp.** | ☐ Contingent | |
| | **Dept CH17626** | ☐ Unliquidated | |
| | **Palatine, IL 60055-7626** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,319.60 |
|---|---|---|---|
| | **Nordson Corporation** | ☐ Contingent | |
| | **Attn: Laura** | ☐ Unliquidated | |
| | **PO Box 802586** | ☐ Disputed | |
| | **Chicago, IL 60680** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $83,966.96 |
|---|---|---|---|
| | **Nortech Engineering Solutions** | ☐ Contingent | |
| | **Attn: Bojan Jovanovic** | ☐ Unliquidated | |
| | **560 Windy Point Dr.** | ☐ Disputed | |
| | **Glendale Heights, IL 60139** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,244.00 |
|---|---|---|---|
| | **Preferred Shipping Inc.** | ☐ Contingent | |
| | **12714 Settemont Rd.** | ☐ Unliquidated | |
| | **Missouri City, TX 77489** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $134,390.65 |
|---|---|---|---|
| | **Revere Electric** | ☐ Contingent | |
| | **975 Weiland Rd.** | ☐ Unliquidated | |
| | **Buffalo Grove, IL 60089** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Tishma Innovations LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,209.10** |
|---|---|---|---|

**Rossi North America**
**3355 Martin Farm Road.**
**Suwanee, GA 30024-7124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |
|---|---|---|---|

**RSA, Inc.**
**602 Sidwell Court**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,850.00** |
|---|---|---|---|

**Schneider National, Inc.**
**2567 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$362.45** |
|---|---|---|---|

**Skil Vending, Inc.**
**444 Lake Cook Road**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$808.98** |
|---|---|---|---|

**SMG Security Systems**
**120 King St.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,998.23** |
|---|---|---|---|

**Southwestern Industries Inc.**
**2615 Homestead Pl.**
**Rancho Dominguez, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,781.24** |
|---|---|---|---|

**Standard Electric Supply Co.**
**222 N. Emmber Lane**
**Milwaukee, WI 53233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tishma Innovations LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,951.55**

**Steiner Electric**
**2665 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,810.60**

**Stilson Products LLC**
**28400 Groesbeck**
**Roseville, MI 48066-1818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$460.51**

**Terrace Supply Company**
**Attn: Larry Steinbach**
**1397 Glenlake Ave.**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,625.49**

**Total Plastics Inc.**
**23559 Network Place**
**Chicago, IL 60673-1235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$339.40**

**Travelers**
**PO Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$712.41**

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$558.00**

**Videojet Technologies Inc.**
**12113 Collection Center Drive.**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Tishma Innovations LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,058.36 |
|---|---|---|---|

**VP Anodizing**
**1819 N. Lorel Ave.**
**Chicago, IL 60639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,637.27 |
|---|---|---|---|

**VP Plating/Pariso, Inc.**
**1836 N. Lockwood Ave.**
**Chicago, IL 60639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,591.22 |
|---|---|---|---|

**Wesco Englewood Electric**
**PO Box 802578**
**Chicago, IL 60680-2578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,549.64 |
|---|---|---|---|

**Yamato Corporation**
**6306 W. Eastwood Ct.**
**Mequon, WI 53092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Mail Stop 2010 CHI**<br>**230 S. Dearborn**<br>**Chicago, IL 60604** | Line **2.15**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **IRS/Special Procedures Branch**<br>**230 S. Dearborn, #3030A**<br>**Attn: STOP 5010-CHI**<br>**Chicago, IL 60604** | Line **2.15**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 704,031.80 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,323,800.27 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,027,832.07 |

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Tishma Innovations LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|          State the term remaining | |
|          List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|          State the term remaining | |
|          List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|          State the term remaining | |
|          List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|          State the term remaining | |
|          List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Tishma Innovations LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Petar Tisma** | **2729 Maynard Ct.** **Glenview, IL 60025** | **Internal Revenue Service** | ☐ D _____ <br> ■ E/F __2.15__ <br> ☐ G _____ |
| 2.2 **Petar Tisma** | | **Revere Electric** | ☐ D _____ <br> ■ E/F __3.73__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Tishma Innovations LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Revenue** | **$1,574,794.33** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **Gross Revenue** | **$5,862,622.25** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>■ Other   **Gross Revenue** | **$7,801,654.56** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Tishma Innovations LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | | **$214,999.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Alexandra Tisma** | | **$33,330.31** | |
| 4.2. **Livia Tisma** | | **$16,633.00** | |
| 4.3. **Jasna Tisma** | | **$13,400.00** | |
| 4.4. **Robert Murtagh** | **See attached** | **$150,000.00** | **Commissions and Repayment of Loans** |
| 4.5. **Salary Payments to Insiders** | **See attached** | **$244,878.81** | **See attached** |
| 4.6. **Stevan Tisma** | **January 13, 2016** | **$150,000.00** | **Timely repayment of loan to company made on January 5, 2016 - loan was to be repaid when payment made from customer. Loan was necessary to continue operating.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Nortech Packaging, LLC 560 Windy Point Drive Glendale Heights, IL 60139** | **All assets of Debtor** | **5/6/16** | **Unknown** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **Tishma Innovations LLC**                                           Case number *(if known)* _____

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **First Merit Bank**<br>**2100 S. Elmhurst Rd.**<br>**Mount Prospect, IL 60056** | **Froze Tishma accounts in First American Bank, Parkway Bank**<br>Last 4 digits of account number: __7604__ | 4/11/16 | $122,081.52 |

**Part 3:**   **Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **FirstMerit Bank, N.A. v. Tishma Innovations, LLC**<br>**2016 L 050123** | **Replevin** | **Circuit Court of Cook County, Illinois**<br>**County Department, Law Division**<br>**50 W. Washington St. Room 801**<br>**Chicago, IL 60602** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **4C Foods** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Henkel - Dial** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Tishma Innovations LLC**                                      Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Crane, Heyman, Simon, Welch & Clar<br>Suite 3705<br>135 South LaSalle Street<br>Chicago, IL 60603-4297** | **Attorney Fees** | **5/23/16** | **$7,500.00** |
| | **Email or website address<br>sclar@craneheyman.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Official Form 207                  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  page **4**

Debtor    **Tishma Innovations LLC**    Case number *(if known)* _____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<table>
<tr><td style="background:black;color:white">Part 9:</td><td><b>Personally Identifiable Information</b></td></tr>
</table>

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Principal** | EIN: **36-4556708** |

Has the plan been terminated?
■ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 10:</td><td><b>Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</b></td></tr>
</table>

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Merit Bank**<br>**2100 S. Elmhurst Rd.**<br>**Mount Prospect, IL 60056** | **XXXX-0017** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |
| 18.2. | **First American Bank**<br>**700 Busse Rd.**<br>**Elk Grove Village, IL 60007** | **XXXX-7604** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Frozen on 4/13/2016** | **$122,081.82** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Tishma Innovations LLC**                                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **Parkway Bank**<br>1600 N. Roselle<br>Schaumburg, IL 60195 | **XXXX-9089** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **$0.00** |
| 18.4. | **BMO  Harris Bank**<br>1100 N. Roselle<br>Hoffman Estates, IL 60169 | **XXXX-4263** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **6/7/2016** | **$3,508.81** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

Debtor    **Tishma Innovations LLC**                                             Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Fred Power** **1122 Westgate** **Oak Park, IL 60301** | **2004 - 2016** |
| 26a.2. | **CJG** **1101 Perimeter Dr., #800** **Schaumburg, IL 60173** | **2013 - 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **First Merit** | |

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.2. | **Fred Power** **1122 Westgate** **Oak Park, IL 60301** | **2016** |

Debtor    **Tishma Innovations LLC**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **CJG**<br>**1101  Perimeter Dr., #800**<br>**Schaumburg, IL 60173** | **2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **David Onion/Capital Holdings**<br>**120 E. Ogden Ave., #214**<br>**Hinsdale, IL 60521** | **Potential Buyer** |
| 26c.2. **Nortech Industries**<br>**560 Windy Point Dr.**<br>**Glendale Heights, IL 60139** | **Purchased Tishma Innov.  First Merit is in possession of Debtor's books and records.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **First Merit Bank** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Bob Murtagh and Sasa Tisma** | **12/31/2014 and 12/31/2015** | |
| | Name and address of the person who has possession of inventory records | | |
| | **??** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Petar Tisma** | **2729 Maynard Ct.**<br>**Glenview, IL 60025** | | **81.5** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bob Murtagh** | **307 Lexington Ct.**<br>**Schaumburg, IL 60173** | **CEO** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Tishma Innovations LLC**    Case number *(if known)* _____

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Tishma Innovations LLC**                                    Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  8, 2016**

**/s/ Petar Tisma**                                                   **Petar Tisma**
Signature of individual signing on behalf of the debtor               Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Statement of Financial Affairs

3. Payments to Creditors Within 90 Days

6/22/16 at 13:28:42.12

## TISHMA INNOVATIONS, LLC
### Check Register
### For the Period From Apr 1, 2016 to Apr 30, 2016

Filter Criteria includes: 1) Vendor ID's from  to . Report order is by Date.

Page: 1

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 100012 | 4/1/16 | LEO REINA | 1050 | 375.48 |
| 100013 | 4/1/16 | Milan Kosanovic | 1050 | 180.73 |
| 100013V | 4/1/16 | Milan Kosanovic | 1050 | -180.73 |
| 100014 | 4/1/16 | Milan Kosanovic | 1050 | 68.88 |
| 100015 | 4/1/16 | Slawomir Michalak | 1050 | 180.72 |
| 10006 | 4/1/16 | CASH | 1020 | 690.00 |
| 10007 | 4/1/16 | FESTO CORPORATI | 1020 | 852.66 |
| 100016 | 4/1/16 | JDC Sales, Inc. | 1050 | 20,000.00 |
| AMEX/ | 4/1/16 | FLODRAULIC GROU | 2605 | 164.98 |
| AMEX/ | 4/1/16 | FLODRAULIC GROU | 2605 | 205.59 |
| AMEX/ | 4/1/16 | McMaster-Carr Suppl | 2605 | 92.37 |
| 100017 | 4/4/16 | NORTECH ENGINEE | 1050 | 15,000.00 |
| 9/08V | 4/4/16 | ALRO PLASTICS | 1020 | -1,124.52 |
| 100018 | 4/4/16 | CATCHING FLUIDP | 1050 | 4,300.88 |
| 100019 | 4/4/16 | ALRO PLASTICS | 1050 | 1,124.52 |
| 100020 | 4/4/16 | Motion Industries | 1050 | 2,500.00 |
| 100021 | 4/4/16 | Alexandra Tisma | 1050 | 4,928.55 |
| 100022 | 4/4/16 | SANTO MAGGIO | 1050 | 4,000.00 |
| 100023 | 4/4/16 | JASNA TISMA | 1050 | 6,000.00 |
|  | 4/4/16 | REVERE ELECTRIC | 2605 | 226.60 |
| 100024 | 4/4/16 | McCabe & Hogan, P. | 1050 | 2,500.00 |
| 100025 | 4/5/16 | MURPHY LOMON & | 1050 | 2,500.00 |
| 4/5/16 | | Copper & Brass | 1050 | |
| 9388V | 4/5/16 | Fluid Power | 1020 | -3,513.58 |
| 100026 | 4/5/16 | Fluid Power | 1050 | 9,442.51 |
| 04051Rcc | 4/5/16 | YRC FREIGHT | 2605 | 305.00 |
| AMEX/ALEX | 4/5/16 | McMaster-Carr Suppl | 2605 | 324.87 |
| AMEX/ALEX | 4/6/16 | McMaster-Carr Suppl | 2605 | 112.15 |
| AMEX/ALEX | 4/7/16 | AMERICAN EXPRES | 2605 | 10.98 |
| AMEX/ALEX | 4/7/16 | McMaster-Carr Suppl | 2605 | 142.47 |
| 100027 | 4/8/16 | Alro Steel Corporatio | 1050 | 5,373.11 |
| 100028 | 4/8/16 | Motion Industries | 1050 | 2,530.25 |

6/22/16 at 15:28:42.13

## TISHMA INNOVATIONS, LLC
### Check Register
### For the Period From Apr 1, 2016 to Apr 30, 2016

Page: 2

Filter Criteria includes: 1) Vendor ID's from  to . Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 100029 | 4/8/16 | Village of Schaumbur | 1050 | 133.79 |
| 100030 | 4/8/16 | ComEd | 1050 | 3,659.49 |
| 100031 | 4/8/16 | Nicor Gas | 1050 | 480.07 |
| 100032 | 4/8/16 | AT &T | 1050 | 519.80 |
| 100033 | 4/8/16 | McCabe & Hogan, P. | 1050 | 7,500.00 |
| 10008 | 4/8/16 | PREFERRED SHIPP | 1020 | 1,748.71 |
| 10009 | 4/8/16 | CHICAGO CHAIN & | 1020 | 4,613.23 |
| 10010 | 4/8/16 | ALRO PLASTICS | 1020 | 181.60 |
| AMEX | 4/8/16 | AMERICAN EXPRES | 2605 | 19.60 |
| AMEX/ | 4/8/16 | Willim B. Budow | 2605 | 176.20 |
| 10011 | 4/11/16 | Alro Steel Corporatio | 1020 | 103.41 |
| 10012 | 4/11/16 | TRI-TECH CNC, INC. | 1020 | 332.50 |
| 100035 | 4/12/16 | Tishma Innovations, | 1050 | 110,000.0 |
| 100036 | 4/12/16 | Steiner Electric | 1050 | 2,617.10 |
| AMEX | 4/12/16 | McMaster-Carr Suppl | 2605 | 242.40 |
| AMEX/ | 4/12/16 | FLODRAULIC GROU | 2605 | 104.75 |
| AMEX/ | 4/13/16 | AMERICAN EXPRES | 2605 | 76.43 |
| AMEX/ | 4/13/16 | McMaster-Carr Suppl | 2605 | 80.02 |
| AMEX/ | 4/15/16 | McMaster-Carr Suppl | 2605 | 35.06 |
| HARRIS | 4/19/16 | Steve Roth | 1060 | 1,000.00 |
| HARRIS | 4/22/16 | MVM METAL CRAFT | 1060 | 720.00 |
| 1001 | 4/25/16 | Milan Kosanovic | 1060 | 1,301.00 |
| Total | | | | 214,959.3 |

# STATEMENT OF FINANCIAL AFFAIRS NO. 4.4 ATTACHMENT

Bob Murtagh payments

6/24/16 at 07:47:53.77

Page: 1

# TISHMA INNOVATIONS, LLC
## Check Register
### For the Period From Jun 23, 2015 to Apr 30, 2016

Filter Criteria includes: 1) Vendor ID's from ROB to ROB. Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 3060 | 7/20/15 | ROBERT MURTAGH | 1030 | 5,000.00 |
| 3072 | 7/24/15 | ROBERT MURTAGH | 1030 | 5,000.00 |
| 9829 | 1/8/16 | ROBERT MURTAGH | 1020 | 20,000.00 |
| 9860 | 1/15/16 | ROBERT MURTAGH | 1020 | 20,000.00 |
| 3254 | 1/29/16 | ROBERT MURTAGH | 1030 | 20,000.00 |
| 100004 | 3/2/16 | ROBERT MURTAGH | 1050 | 20,000.00 |
| 9928 | 3/9/16 | ROBERT MURTAGH | 1020 | 20,000.00 |
| 9969 | 3/18/16 | ROBERT MURTAGH | 1020 | 20,000.00 |
| 9982 | 3/25/16 | ROBERT MURTAGH | 1020 | 20,000.00 |
| **Total** | | | | **150,000.0** |

Attachments
CC00242016.jpg

248 KB

6/27/2016 10:40 AM

**STATEMENT OF FINANCIAL AFFAIRS NO. 4.5 ATTACHMENT**

| | | | |
|---|---|---|---|
| 700957 | 7/8/15 | Alexandra Tisma | 1,982.58 |
| 701011 | 7/24/15 | Alexandra Tisma | 1,982.58 |
| 701061 | 8/7/15 | Alexandra Tisma | 1,982.58 |
| 701115 | 8/21/15 | Alexandra Tisma | 1,982.58 |
| 701172 | 8/29/15 | Alexandra Tisma | 1,982.58 |
| 701172V | 9/2/15 | Alexandra Tisma | -1,982.58 |
| 701226 | 9/4/15 | Alexandra Tisma | 1,982.58 |
| 701280 | 9/18/15 | Alexandra Tisma | 1,982.58 |
| 701333 | 10/2/15 | Alexandra Tisma | 1,982.58 |
| 701386 | 10/16/15 | Alexandra Tisma | 1,982.58 |
| 701438 | 10/30/15 | Alexandra Tisma | 1,982.58 |
| 701503 | 11/13/15 | Alexandra Tisma | 1,982.58 |
| 701546 | 11/27/15 | Alexandra Tisma | 1,982.58 |
| 701603 | 12/11/15 | Alexandra Tisma | 1,982.58 |
| 701656 | 12/24/15 | Alexandra Tisma | 1,982.58 |
| | 7/1/15 thru 9/30/15 | | 11,895.48 |
| | 10/1/15 thru 12/31/15 | | 13,878.06 |
| | 7/1/15 thru 12/31/15 | | 25,773.54 |

*2015* (handwritten)

| | | | |
|---|---|---|---|
| 701709 | 1/8/16 | Alexandra Tisma | 1,982.97 |
| 701762 | 1/22/16 | Alexandra Tisma | 1,626.81 |
| 701816 | 2/5/16 | Alexandra Tisma | 1,741.29 |
| 701911 | 2/19/16 | Alexandra Tisma | 1,738.65 |
| 1003 | 3/4/16 | Alexandra Tisma | 2,183.85 |
| 1055 | 3/18/16 | Alexandra Tisma | 2,183.85 |
| 1109 | 4/1/16 | Alexandra Tisma | 2,183.85 |
| 04 | 4/29/16 | Alexandra Tisma | 2,219.48 |
| 04V | 4/29/16 | Alexandra Tisma | -2,219.48 |
| | 1/1/16 thru 3/31/16 | | 11,457.42 |
| | 4/1/16 thru 4/30/16 | | 2,183.85 |
| | 1/1/16 thru 4/30/16 | | 13,641.27 |

*2016* (handwritten)

| Reference | Date | Employee | Amount |
|---|---|---|---|
| 700996 | 7/10/15 | ROBERT J. MURTAGH | 2,423.98 |
| 701047 | 7/24/15 | ROBERT J. MURTAGH | 2,423.98 |
| 701100 | 8/7/15 | ROBERT J. MURTAGH | 2,423.98 |
| 701152 | 8/21/15 | ROBERT J. MURTAGH | 2,423.98 |
| 701210 | 8/29/15 | ROBERT J. MURTAGH | 2,423.98 |
| 701210V | 9/2/15 | ROBERT J. MURTAGH | -2,423.98 |
| 701264 | 9/4/15 | ROBERT J. MURTAGH | 2,423.98 |
| 701315 | 9/18/15 | ROBERT J. MURTAGH | 2,423.98 |
| 701371 | 10/2/15 | ROBERT J. MURTAGH | 2,423.98 |
| 701424 | 10/16/15 | ROBERT J. MURTAGH | 2,423.98 |
| 701476 | 10/30/15 | ROBERT J. MURTAGH | 2,423.98 |
| 701488 | 11/13/15 | ROBERT J. MURTAGH | 4,430.06 |
| 701584 | 11/27/15 | ROBERT J. MURTAGH | 4,430.06 |
| 701640 | 12/11/15 | ROBERT J. MURTAGH | 4,430.06 |
| 701695 | 12/24/15 | ROBERT J. MURTAGH | 4,430.06 |
| | | 7/1/15 thru 9/30/15 | 14,543.88 |
| | | 10/1/15 thru 12/31/15 | 24,992.18 |
| | | 7/1/15 thru 12/31/15 | 39,536.06 |

*2015* (handwritten)

| Reference | Date | Employee | Amount |
|---|---|---|---|
| 701747 | 1/8/16 | ROBERT J. MURTAGH | 4,433.90 |
| 701800 | 1/22/16 | ROBERT J. MURTAGH | 4,433.90 |
| 701854 | 2/5/16 | ROBERT J. MURTAGH | 4,433.90 |
| 701897 | 2/6/16 | ROBERT J. MURTAGH | 4,433.90 |
| 701854V | 2/18/16 | ROBERT J. MURTAGH | -4,433.90 |
| 701947 | 2/19/16 | ROBERT J. MURTAGH | 4,433.90 |
| 1041 | 3/4/16 | ROBERT J. MURTAGH | 4,433.90 |
| 1094 | 3/18/16 | ROBERT J. MURTAGH | 4,433.90 |
| 1147 | 4/1/16 | ROBERT J. MURTAGH | 4,433.90 |
| 42 | 4/29/16 | ROBERT J. MURTAGH | 4,433.90 |
| 42V | 4/29/16 | ROBERT J. MURTAGH | -4,433.90 |
| | | 1/1/16 thru 3/31/16 | 26,603.40 |
| | | 4/1/16 thru 4/30/16 | 4,433.90 |
| | | 1/1/16 thru 4/30/16 | 31,037.30 |

*2016* (handwritten)

| | | | |
|---|---|---|---|
| 700987 | 7/10/15 | LIVIA TISMA | 2,114.77 |
| 701037 | 7/24/15 | LIVIA TISMA | 2,114.77 |
| 701088 | 8/7/15 | LIVIA TISMA | 2,114.77 |
| 701142 | 8/21/15 | LIVIA TISMA | 2,114.77 |
| 701198 | 8/29/15 | LIVIA TISMA | 2,114.77 |
| 701198V | 9/2/15 | LIVIA TISMA | -2,114.77 |
| 701252 | 9/4/15 | LIVIA TISMA | 2,114.77 |
| 701305 | 9/18/15 | LIVIA TISMA | 2,114.77 |
| 701359 | 10/2/15 | LIVIA TISMA | 2,114.77 |
| 701412 | 10/16/15 | LIVIA TISMA | 2,114.77 |
| 701464 | 10/30/15 | LIVIA TISMA | 2,114.77 |
| 701529 | 11/13/15 | LIVIA TISMA | 2,114.77 |
| 701572 | 11/27/15 | LIVIA TISMA | 2,114.77 |
| 701629 | 12/11/15 | LIVIA TISMA | 2,114.77 |
| 701683 | 12/24/15 | LIVIA TISMA | 2,114.77 |
| | 7/1/15 thru 9/30/15 | | 12,688.62 |
| | 10/1/15 thru 12/31/15 | | 14,803.39 |
| | 7/1/15 thru 12/31/15 | | 27,492.01 |

*2015*

| | | | |
|---|---|---|---|
| 701735 | 1/8/16 | LIVIA TISMA | 2,115.16 |
| 701788 | 1/22/16 | LIVIA TISMA | 1,681.09 |
| 701842 | 2/5/16 | LIVIA TISMA | 1,904.32 |
| 701888 | 2/6/16 | LIVIA TISMA | 1,904.32 |
| 701888V | 2/18/16 | LIVIA TISMA | -1,904.32 |
| 9915 | 2/19/16 | LIVIA TISMA | 1,581.88 |
| 1029 | 3/4/16 | LIVIA TISMA | 2,115.16 |
| 1081 | 3/18/16 | LIVIA TISMA | 2,115.16 |
| 1134 | 4/1/16 | LIVIA TISMA | 2,115.16 |
| 29 | 4/29/16 | LIVIA TISMA | 2,168.60 |
| 29V | 4/29/16 | LIVIA TISMA | -2,168.60 |
| | 1/1/16 thru 3/31/16 | | 11,512.77 |
| | 4/1/16 thru 4/30/16 | | 2,115.16 |
| | 1/1/16 thru 4/30/16 | | 13,627.93 |

*2016*

| | | | |
|---|---|---|---|
| 700978 | 7/10/15 | JASNA TISMA | 1,369.27 |
| 701028 | 7/24/15 | JASNA TISMA | 1,369.27 |
| 701079 | 8/7/15 | JASNA TISMA | 1,369.27 |
| 701133 | 8/21/15 | JASNA TISMA | 1,369.27 |
| 701189 | 8/29/15 | JASNA TISMA | 1,369.27 |
| 701189V | 9/2/15 | JASNA TISMA | -1,369.27 |
| 701243 | 9/4/15 | JASNA TISMA | 1,369.27 |
| 701296 | 9/18/15 | JASNA TISMA | 1,369.27 |
| 701350 | 10/2/15 | JASNA TISMA | 1,369.27 |
| 701403 | 10/16/15 | JASNA TISMA | 1,369.27 |
| 701455 | 10/30/15 | JASNA TISMA | 1,369.27 |
| 701520 | 11/13/15 | JASNA TISMA | 1,369.27 |
| 701563 | 11/27/15 | JASNA TISMA | 1,369.27 |
| 701620 | 12/11/15 | JASNA TISMA | 1,369.27 |
| 701674 | 12/24/15 | JASNA TISMA | 1,369.27 |
| | | 7/1/15 thru 9/30/15 | 8,215.62 |
| | | 10/1/15 thru 12/31/15 | 9,584.89 |
| | | 7/1/15 thru 12/31/15 | 17,800.51 |

2015

| | | | |
|---|---|---|---|
| 701726 | 1/8/16 | JASNA TISMA | 1,369.17 |
| 701779 | 1/22/16 | JASNA TISMA | 1,369.17 |
| 701833 | 2/5/16 | JASNA TISMA | 1,369.17 |
| 701881 | 2/6/16 | JASNA TISMA | 1,369.17 |
| 701881V | 2/18/16 | JASNA TISMA | -1,369.17 |
| 701958 | 2/19/16 | JASNA TISMA | 2,178.77 |
| 1020 | 3/4/16 | JASNA TISMA | 1,369.17 |
| 1072 | 3/18/16 | JASNA TISMA | 1,369.17 |
| 1125 | 4/1/16 | JASNA TISMA | 1,369.17 |
| 20 | 4/29/16 | JASNA TISMA | 1,409.80 |
| 20V | 4/29/16 | JASNA TISMA | -1,409.80 |
| | | 1/1/16 thru 3/31/16 | 9,024.62 |
| | | 4/1/16 thru 4/30/16 | 1,369.17 |
| | | 1/1/16 thru 4/30/16 | 10,393.79 |

2016

| | | | |
|---|---|---|---|
| 700904 | 7/10/15 | Peter Tisma | 2,211.85 |
| 701045 | 7/24/15 | Peter Tisma | 2,211.85 |
| 701098 | 8/7/15 | Peter Tisma | 2,211.85 |
| 701150 | 8/21/15 | Peter Tisma | -100.00 |
| 701150V | 8/21/15 | Peter Tisma | 100.00 |
| 701163 | 8/21/15 | Peter Tisma | 2,211.85 |
| 701208 | 8/29/15 | Peter Tisma | 2,211.85 |
| 701208V | 9/2/15 | Peter Tisma | -2,211.85 |
| 701262 | 9/4/15 | Peter Tisma | 2,211.85 |
| 701313 | 9/18/15 | Peter Tisma | 2,211.85 |
| 701369 | 10/2/15 | Peter Tisma | 2,211.85 |
| 701422 | 10/16/15 | Peter Tisma | 2,211.85 |
| 701474 | 10/30/15 | Peter Tisma | 2,211.85 |
| 701539 | 11/13/15 | Peter Tisma | 4,151.00 |
| 701582 | 11/27/15 | Peter Tisma | 4,151.00 |
| 701638 | 12/11/15 | Peter Tisma | 4,151.00 |
| 701693 | 12/24/15 | Peter Tisma | 4,151.00 |
| | 7/1/15 thru 9/30/15 | | 13,271.10 |
| | 10/1/15 thru 12/31/15 | | 23,239.55 |
| | 7/1/15 thru 12/31/15 | | 36,510.65 |

*2015* (handwritten)

| | | | |
|---|---|---|---|
| 701745 | 1/8/16 | Peter Tisma | 4,152.25 |
| 701798 | 1/22/16 | Peter Tisma | 4,152.25 |
| 701852 | 2/5/16 | Peter Tisma | 4,152.25 |
| 701895 | 2/6/16 | Peter Tisma | 4,152.25 |
| 701895V | 2/18/16 | Peter Tisma | -4,152.25 |
| 701945 | 2/19/16 | Peter Tisma | 4,152.25 |
| 1039 | 3/4/16 | Peter Tisma | 4,152.25 |
| 1092 | 3/18/16 | Peter Tisma | 4,152.25 |
| 1145 | 4/1/16 | Peter Tisma | 4,152.25 |
| 40 | 4/29/16 | Peter Tisma | 4,223.50 |
| 40V | 4/29/16 | Peter Tisma | -4,223.50 |
| | 1/1/16 thru 3/31/16 | | 24,913.50 |
| | 4/1/16 thru 4/30/16 | | 4,152.25 |
| | 1/1/16 thru 4/30/16 | | 29,065.75 |

*2016* (handwritten)

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Tishma Innovations LLC** _____     Case No. _____
                                 Debtor(s)          Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $     **7,500.00** |
| Prior to the filing of this statement I have received | $     **7,500.00** |
| Balance Due | $     **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      □ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to dismiss or to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July  8, 2016** _____     **/s/ SCOTT R. CLAR**
_Date_                                           **SCOTT R. CLAR**
                                                 _Signature of Attorney_
                                                 **Crane, Heyman, Simon, Welch & Clar**
                                                 **Suite 3705**
                                                 **135 South LaSalle Street**
                                                 **Chicago, IL 60603-4297**
                                                 **312-641-6777  Fax: 312-641-7114**
                                                 _Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Tishma Innovations LLC**

Debtor(s)

Case No. _____

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **145**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 8, 2016** _____

**/s/ Petar Tisma** _____

**Petar Tisma/Managing Member**
Signer/Title

Ability Metal Co.
Attn: Tim Selleck
1355 Greenleaf Ave.
Elk Grove Village, IL 60007

Arveta 070
1496 Gaveline St.
San Leandro, CA 94577

Chicago Chain & Transmission
650 E. Plainfield Rd.
Countryside, IL 60525-0705

Aca Arsic
618 W. 79th St.
Darien, IL 60561

AT&T
PO Box 5080
Carol Stream, IL 60197-5080

CIG Partners LLP
Attn: Richard Demayo
1101 Perimeter Drive, #800
Schaumburg, IL 60173

Aco Stojanovic
211 Halford Place
Roselle, IL 60172

Aurizon Ultrasonics, LLC
900 W. Kennedy Ave.
Kimberly, WI 54136

Comcast
PO Box 3001
Southeastern, PA 19398-3001

Advanced Disposal Chicago Central
Solid Wast Midwest, LLC-TB
Chicago, IL 60674-8053

Automation Solutions of America
500 W. South St.
Freeport, IL 61032

Computer Aided Technology, LLC
Attn: Julie Tautges
165 Arlington Heights Rd., #101
Buffalo Grove, IL 60089

Alenco Tool Supply Co.
Attn: Paul Braeseke
4444 N. Elston Ave.
Chicago, IL 60630

Bemco Technology
625 Todd Road
Honey Brook, PA 19344

Copper & Brass
Attn: Robert Murphy
PO Box 2625
Carol Stream, IL 60132-2626

Alexander Ovcharov
1529 Raymond Dr., #102
Naperville, IL 60563

Bojan Mladenovic
8649 1/2 Foster Ave.
Apt. 2A
Chicago, IL 60656

Cost/Copy Consultants, Inc.
PO Box 6286
Nazareth, KY 40048

Alexander Tisma
937 Golf Rd.
Arlington Heights, IL 60005

C.H. Robinson International, Inc.
PO Box 9121
Minneapolis, MN 55480-9121

Costco Anywhere Visa Card
c/o Citi Cards
PO Box 9001016
Louisville, KY 40290-1016

All-Vac Industries
Attn: Maureen
7350 N. Central Park Ave.
Skokie, IL 60076

Candy Mfg. Co., Inc.
5633 W. Howard St.
Niles, IL 60714-4011

CST - Collection Agency
PO Box 33127
Louisville, KY 40232-3127

American First Aid
784 Church Rd.
Elgin, IL 60123

Catching Fluidpower
Attn: Dennis Horgan
62980 Collections Center Drive.
Chicago, IL 60693-0629

Damaso Cortes
1742 N. 23 Ave.
Melrose Park, IL 60160

Amerisource
1600 E. Grand Blvd.
Detroit, MI 48211

Catherine M. Hickey
42 King Lane
Des Plaines, IL 60016

Daniel Coakley
PO Box 767
Brookfield, CT 06804

Data Alliance LLC
Attn: George Hardesty
333 W. Bradford St.
Nogales, AZ 85621

FCCI Insurance Group
PO Box 105563
Atlanta, GA 30384-5563

Golfco Rosette Owners Association
20 N. Martingale Rd.
Schaumburg, IL 60173

David C. Cancilier
104 Tonset Ct.
Schaumburg, IL 60193

Federal Express Corp.
P.O. Box 94515
Palatine, IL 60094-4515

Goran Cancarevic
16 E. Old Willow Rd.
Apt. 3195
Prospect Heights, IL 60070

Dejan Bjelan
8000 Balmoral Ave.
Norwood Park, IL 60656

Festo Corporation
Attn: Lou
PO Box 1355
Buffalo, NY 14240

Green Garden Landscaping Service
Attn: Juan Patino
28W005 Industrial Ave.
Barrington, IL 60010

Diado Corporation of America
Dept. CH 17559
Palatine, IL 60055-7553

First Insurance Funding Corp.
PO Box 7000
Carol Stream, IL 60197-7000

Gvozden Suvajlo
26 W. 371 Cooley Ave.
Winfield, IL 60190

Dragan Todorov
1029 Dickens Way, Apt. D
Schaumburg, IL 60193

Fluid Power
110 Gordon St.
Elk Grove Village, IL 60007-1120

Health Care Service Corporation
25550 Network Place
Chicago, IL 60673-1255

Duraco Mecco Engraving & Marking
521 S. County Line Rd.
Franklin Park, IL 60131

FPE Automation, Inc.
110 Gordon St.
Richmond, IL 60071-1200

HFO Chicago LLC
PO Box 1450 NW7968-14
Minneapolis, MN 55485-7968

Dusan Stojanvic
230 Waterford Dr.
Schaumburg, IL 60194

Francisco J. Flores
7537 W. Strong St.
Harwood Heights, IL 60706

Hunter Capital LLC
Attn: R.T. White
61 Foxwood Ln.
Barrington, IL 60010

Earle M. Jorgensen
1900 Mitchell Blvd.
Schaumburg, IL 60193

Fred M. Power, Jr., C.P.A.
1122 Westgate
Oak Park, IL 60301

Husch Blackwell LLP
PO Box 790379
Saint Louis, MO 63179

Edmik Incorporated
3850 Grove Ave.
Gurnee, IL 60031

Frontier Electric Supply
PO Box 92170
Elk Grove Village, IL 60009

IFM Efector
PO Box 8538-307
Philadelphia, PA 19171-0307

Fastenal Company
PO Box 1286
Winona, MN 55987-1286

General Cutting Tool Service & Mfg
6440 N. Ridgeway
Lincolnwood, IL 60712

Illini Coolant Management Corp.
PO Box 367
Morton Grove, IL 60053

Illinois Department of Revenue
160 N. LaSalle St., Suite C-1300
Chicago, IL 60601-3150

Jireslav Kokotovic
1405 Current Ct.
Elk Grove Village, IL 60007

Leyman Instrument Company
PO Box 7640
Carol Stream, IL 60173

Internal Revenue Service

Jorson & Carlson
1501 Pratt Blvd.
Elk Grove Village, IL 60007

Livia Tisma
1830 Ridge Ave., #201
Evanston, IL 60201

Internal Revenue Service
Mail Stop 2010 CHI
230 S. Dearborn
Chicago, IL 60604

Josip Djerek
365 W. Diversey Ave.
Addison, IL 60101

Ljubomir Preradovic
1039 Arbor Ct.
Mount Prospect, IL 60056

International Packing & Crating
Dept. 4010
Oak Brook, IL 60522

Juan A. Sanchez
381 N. Wood Dale Rd.
Wood Dale, IL 60091

Marc-Attorneys at Law
Attn: Paul Carvelli
210 Park Ave.
Florham Park, NJ 07932

IRS/Special Procedures Branch
230 S. Dearborn, #3030A
Attn: STOP 5010-CHI
Chicago, IL 60604

Kamenear, Kadison, Shapiro & Craig
20 N. Clark St., Suite 2200
Chicago, IL 60602

Marek W. Bartosz
123 Rosewood Dr.
Streamwood, IL 60107

IT Logistics, Inc.
PO Box 1897
Evanston, IL 60204-1897

Kazimiez Chlosta
1171 Sage Brush Trail
Cary, IL 60013

Marin A. Kukunov
2545 Yarrow Ln.
Rolling Meadows, IL 60008

James Kilcourse
11402 Edinburgh Lane
Huntley, IL 60142

Keyence Corporation of America
Dept. CH 17128
Palatine, IL 60055-7128

Marko Brdar
5501 Carriageway Dr.
Apt. 203A
Rolling Meadows, IL 60008

Jasna Tisma
2729 Maynard Ct.
Glenview, IL 60025

Laureano Andrade-Perez
1627 N. Keeler
Chicago, IL 60639

Marko Preradovic
1039 Arbor Ct.
Mount Prospect, IL 60056

Jayes Cleaning Service
140Stanley St.
Elk Grove Village, IL 60007

Lee Spring
140 58th Street
Brooklyn, NY 11220

Marmon Keystone LLC
PO Box 96657
Chicago, IL 60693-6657

JDC Sales, Inc.
Attn: Wayne Olkowski
4635 Twin Lakes Lane
Lake Zurich, IL 60047

Leo Reina
7520 W. Strong
Harwood Heights, IL 60706

Masuda Funai
PO Box 8450
Carol Stream, IL 60197-8450

McCabe & Hogan P.C.
19 S. Bothwell Street
Palatine, IL 60067

National Plastics & Seals, Inc.
100 S. Eola Parkway
Schaumburg, IL 60173

Peter Tisma

Milan Bralovic

Newark
PO Box 94151
Palatine, IL 60094-4515

Peter Bartos
528 Ridgewood Rd.
Elk Grove Village, IL 60007

Milan Kosanovic
5833 N. Kenmore Ave.
Chicago, IL 60660

Nidec Shimpo America Corp.
Dept CH17626
Palatine, IL 60055-7626

Peter Tisma
2729 Maynard
Glenview, IL 60025

Milos Despotovic
946 Taylor Dr.
Gurnee, IL 60031

Nikolce Veljanoski

Predrag Crnomarkovic
719 E. Greenwood Ct.
Palatine, IL 60074

Milovan Dzokic
280 N. Westgage Rd.
Apt. 419
Mount Prospect, IL 60056

Ninko Ivantchov
1075 Valley Lane #212
Hoffman Estates, IL 60169

Preferred Shipping Inc.
12714 Settemont Rd.
Missouri City, TX 77489

Miltcho Toumbev
5200 Carriage Way #226
Rolling Meadows, IL 60008

Nordson Corporation
Attn: Laura
PO Box 802586
Chicago, IL 60680

Ranko Kosanovic
1619 N. Curran Rd.
McHenry, IL 60050

Morrison Container Handling SOlutin
335 W. 194th St.
Glenwood, IL 60425

Nortech Engineering Solutions
Attn: Bojan Jovanovic
560 Windy Point Dr.
Glendale Heights, IL 60139

Revere Electric
975 Weiland Rd.
Buffalo Grove, IL 60089

Motion Industries
2380 United Lane
Elk Grove Village, IL 60007

Novica Zivanovic
4633 N. Plainfield Ave.
Harwood Heights, IL 60706

Robert J. Murtagh
307 Lexington Court
Schaumburg, IL 60173

MSC Industrial Supply Co., In.
Dept CH 0075
Palatine, IL 60055-0075

Paul R. Corbett
424 Washington St.
Sheboygan Falls, WI 53085

Rossi North America
3355 Martin Farm Road.
Suwanee, GA 30024-7124

Murphy, Lomon & Assoc.
2860 S. River Rd., #200
Des Plaines, IL 60018

Petar Tisma
2729 Maynard Ct.
Glenview, IL 60025

RSA, Inc.
602 Sidwell Court
Saint Charles, IL 60174

Sasa Tisma
292 Ripplebrook Ct.
Schaumburg, IL 60173

Terrence Supply Company
Attn: Larry Steinbach
1397 Glenlake Ave.
Itasca, IL 60143

Vladimir Vujicic
4437 N. Central Park Ave. Apt. 3
Chicago, IL 60625

Schneider National, Inc.
2567 Paysphere Circle
Chicago, IL 60674

Todor V. Denkov
742 W. Algonquin Rd. Apt. #12
Des Plaines, IL 60016

VP Anodizing
1819 N. Lorel Ave.
Chicago, IL 60639

Skil Vending, Inc.
444 Lake Cook Road
Deerfield, IL 60015

Total Plastics Inc.
23559 Network Place
Chicago, IL 60673-1235

VP Plating/Pariso, Inc.
1836 N. Lockwood Ave.
Chicago, IL 60639

Slawomir Michalak
307 N. Linden St.
Itasca, IL 60143

Travelers
PO Box 660317
Dallas, TX 75266-0317

Wesco Englewood Electric
PO Box 802578
Chicago, IL 60680-2578

SMG Security Systems
120 King St.
Elk Grove Village, IL 60007

Tubic Slobodan
5151 Chase Ave.
Skokie, IL 60077

Yamato Corporation
6306 W. Eastwood Ct.
Mequon, WI 53092

Southwestern Industries Inc.
2615 Homestead Pl.
Rancho Dominguez, CA 90220

Tzetzko P. Tzvetkov
1016 Viewpoint Drive
Lake in the Hills, IL 60156

Standard Electric Supply Co.
222 N. Emmber Lane
Milwaukee, WI 53233

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Steiner Electric
2665 Paysphere Circle
Chicago, IL 60674

Veroijub Petrovic
7600 W. Ainslie
Harwood Heights, IL 60706

Steve Zabran
2553 Moutray Lane
North Aurora, IL 60542

Videojet Technologies Inc.
12113 Collection Center Drive.
Wood Dale, IL 60191

Stilson Products LLC
28400 Groesbeck
Roseville, MI 48066-1818

Vladan Stojkovic
8427 W. Bryn Mawr Ave.
Apt 3SE
Chicago, IL 60631

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Tishma Innovations LLC**
_____
Debtor(s)

Case No. _____

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Tishma Innovations LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  8, 2016**
_____
Date

**/s/ SCOTT R. CLAR**
_____
**SCOTT R. CLAR**
Signature of Attorney or Litigant
Counsel for    **Tishma Innovations LLC**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**